**James HARRIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 102605**

Missouri Court of Appeals,
Eastern District,
**Division Four.**

Filed: May 3, 2016

Gwenda Reneé Robinson, District Defender, Office B/Area 68, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Karen L. Kramer, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

---

*ORDER*

PER CURIAM.

James Harris ("Movant") appeals from the denial of his Rule 29.15 post-conviction relief motion after an evidentiary hearing. We affirm.

The judgment of the trial court is based on findings of fact that are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).